DeOrchis Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DREDGING INTERNATIONAL MEXICO S.A. DE C.V.,

                    Plaintiff,

   - against -

OCEANOGRAFIA S.A. DE C.V.,

                    Defendant.
-----------------------------------------------------------X

07 Civ. 11394

**FED. R. CIV. P.
7.1 CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff DREDGING INTERNATIONAL MEXICO S.A. DE C.V., certifies upon information and belief that Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                DeORCHIS, WIENER & PARTNERS, LLP
                                Attorneys for Plaintiff
                                DREDGING INTERNATIONAL MEXICO S.A. DE C.V.

                                By: _____
                                   John A. Orzel
                                61 Broadway, 26th Floor
                                New York, New York 10006-2802
                                (212) 344-4700