**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DREDGING INTERNATIONAL MEXICO S.A. DE C.V.,

                              Plaintiff,

- against -

OCEANOGRAFIA S.A. DE C.V.,

                              Defendant.
------------------------------------------------------------X

JUDGE LYNCH
07 Civ. CV 11394

**ORDER APPOINTING
SPECIAL PROCESS SERVER
TO SERVE *EX PARTE* ORDER OF PROCESS
OF MARITIME ATTACHMENT**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, good cause having been shown, it is hereby

**ORDERED**, that John A. Orzel, or any partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold assets for, or on account of, Defendant, and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the *Ex Parte* Order for Process of Maritime Attachment.

Dated: New York, New York
       December 19, 2007

_____
U.S.D.J.

2