Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
OCEANOGRAFIA S.A. DE C.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREDGING INTERNATIONAL MEXICO S.A. DE C.V.,<br><br>Plaintiff,<br><br>-against-<br><br>OCEANOGRAFIA S.A. DE C.V.,<br><br>Defendant. | 07 Civ. 11394 (GEL)<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Michael J. Frevola, attorney for Defendant Oceanografia ("Oceanografia"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Oceanografia has no parent company, and no publicly traded company owns 10% or more of its stock.

Dated:   New York, New York
         March 25, 2008

HOLLAND & KNIGHT LLP

By: _____
    Michael J. Frevola
    Christopher R. Nolan
    195 Broadway
    New York, NY 10007-3189
    Tel:   (212) 513-3200
    Fax:   (212) 385-9010

*Attorneys for Defendant
Oceanografia S.A. de C.V.*