UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DREDGING INTERNATIONAL MEXICO S.A. DE C.V.,

                Plaintiff,

-against-

OCEANOGRAFIA S.A. DE C.V.,

                Defendant.

------------------------------------------------------------x

07 Civ. 11394 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

GERARD E. LYNCH, District Judge:

      The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby ORDERED that

1. This action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

2. Defendant's pending motion to direct plaintiff to give security to defendant (Doc. #7) is denied as moot. The Clerk of the Court is respectfully directed to close out this motion in all internal reports.

SO ORDERED.

Dated: New York, New York
       April 14, 2008

                                                                        GERARD E. LYNCH
                                                                   United States District Judge